**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jose Mora-Melendez                                  CHAPTER 7
                        Debtor(s)

BKY. NO. 22-10073 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        Phone: (215)627-1322
                                        Email:
                                        rsolarz@kmllawgroup.com
                                        Attorney for Movant