# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Jose Mora-Melendez, | : | Chapter 13 |
| | : | |
| | : | Case No.   22-10073 PMM |
| | : | |
| Debtor. | : | |

## O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Documents (doc. #12, the "Motion");

**AND** upon additional consideration of the fact that the Matrix List of Creditors not having been filed, see doc. # 2;

It is hereby **ORDERED** that:

1) The Motion is **granted**.

2) All schedules and statements required by Fe. R. Bankr. P. 1007 (see doc. #8) are due on or before **February 11, 2022**; and

3) The Matrix List of Creditors is due on or before **February 4, 2022**.

Date:  1/28/22

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE