United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jose Mora-Melendez  
    Debtor

Case No. 22-10073-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 1  
Date Rcvd: Jan 28, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose Mora-Melendez, 653 N. 11th Street, Reading, PA 19604-2605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Jose Mora-Melendez NO1JTB@juno.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Jose Mora-Melendez, | : | Chapter 13 |
| | : | |
| | : | Case No.   22-10073 PMM |
| | : | |
| Debtor. | : | |

### O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Documents (doc. #12, the "Motion");

**AND** upon additional consideration of the fact that the Matrix List of Creditors not having been filed, see doc. # 2;

It is hereby **ORDERED** that:

1) The Motion is **granted**.

2) All schedules and statements required by Fe. R. Bankr. P. 1007 (see doc. #8) are due on or before **February 11, 2022**; and

3) The Matrix List of Creditors is due on or before **February 4, 2022**.

*Patricia M. Mayer*

Date:  1/28/22

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**