# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Jose Mora-Melendez**  
Debtor(s)

Case No. **22-10073**  
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **February 10, 2022**

/s/ **Jose Mora-Melendez**  
**Jose Mora-Melendez**  
Signature of Debtor