Certificate Number: 12433-PAE-DE-036338722

Bankruptcy Case Number: 22-10073


12433-PAE-DE-036338722

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 17, 2022, at 8:51 o'clock PM EST, Jose A. Mora Melendez completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 18, 2022        By:    /s/Lisa Susoev

                               Name:  Lisa Susoev

                               Title: Teacher